IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PAUL LEE,

    Plaintiff,

v.

CASE NO. CV417-024

NANCY A. BERRYHILL, Acting
Commissioner of Social
Security Administration,

    Defendant.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation to which there have been no objections. (Doc. 4.) After careful consideration of the record in this case, the Report and Recommendation is **ADOPTED** as the Court's opinion and Plaintiff's Motion for Leave to Proceed in forma pauperis is **DENIED**.

SO ORDERED this 14th day of March 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA