IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PAUL LEE, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-024
)
NANCY A. BERRYHILL, Acting )
Commissioner of Social )
Security, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED** as the Court's opinion. As a result, this case is **DISMISSED WITHOUT PREJUDICE** because of Plaintiff's failure to comply with the July 25, 2017 deadline for paying his filing fee or to demonstrate the intent to prosecute this case. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of August 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA